IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
DELTA DIVISION

**CHARLES E HAMNER**                                                                   **PLAINTIFF**
**ADC #143063**

v.                      **CASE NO. 2:22-CV-00028-BSM**

**DEAN MANNIS,** *et al*.                                                 **DEFENDANTS**

## ORDER

Having reviewed the entire record *de novo*, Magistrate Judge Patricia S. Harris's proposed findings and recommendations [Doc. No. 28] are adopted. Rhinehart and Mannis' motions to dismiss [Doc. Nos. 11 and 24] are granted with respect to Hamner's section 1983 due process claims. Mannis's motion to stay [Doc. No. 9] is denied as moot. Hamner's motion to remand [Doc. No. 18] be granted in part, and Hamner's remaining claims are remanded to the Circuit Court of Ashley County, Arkansas.

IT IS SO ORDERED this 2nd day of June, 2022.

UNITED STATES DISTRICT JUDGE